IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-01063-KDB-SCR

| | |
|---|---|
| **CLEAR BLUE INSURANCE COMPANY, et. al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**CORE PROGRAMS, LLC, et. al.,** )<br>)<br>Defendant(s). ) | **ORDER** |

    **THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Michael J. Gill, Mairead J. Fitzgerald-Mumford and Brett E. Legnerand ]" (Doc. Nos. 24-26) filed January 27, 2025. For the reasons set forth therein, the Motions will be granted.

    The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Kenneth D. Bell.

Signed: January 27, 2025

**SO ORDERED**.

Susan C. Rodriguez
United States Magistrate Judge