IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-1063-KDB-SCR

| | |
|---|---|
| CLEAR BLUE INSURANCE COMPANY, and CLEAR BLUE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SWYFFT, LLC, and CORE PROGRAMS, LLC,<br><br>Defendants. | JOINT STATUS REPORT |

The Parties hereby submit this joint status report as directed by the Court in its September 25, 2025 Order staying this matter "pending the outcome of the parties' binding arbitration." Dkt. 33. Specifically, the Court directed the Parties to "file a status report within 90 days of [that] Order, and each 90 days thereafter, until the conclusion of the arbitration." *Id.*

On January 21, 2025, Swyfft filed a Petition to Compel Arbitration concerning Clear Blue's claims in the United States District Court for the Northern District of Illinois ("N.D. Ill. Action"). *See Swyfft, LLC v. Clear Blue Insurance Company*, No. 1:25-cv-00675 at Dkt. 1. Following this Court's ruling on Core's Motion to Compel Arbitration, the parties agreed to arbitrate the dispute underlying the N.D. Ill. Action, and filed a Stipulated Dismissal without Prejudice on September 29, 2025. N.D. Ill. Action Dkt. 30. The N.D. Ill. Action was dismissed without prejudice on October 3, 2025. *Id.*, Dkt. 31.

On October 6, 2025, the Parties agreed to consolidate the two arbitrations into a single arbitration pursuant to an Amended Scheduling Order entered by the Panel on September 20, 2025. The Parties are currently engaged in fact discovery, which is scheduled to close on February 27,

1

2025, and expert discovery is scheduled to close on May 29, 2026. The arbitration hearing is scheduled for October 5–9 and 12–16, 2026.

Dated: December 24, 2025

Respectfully submitted,

s/ Michael J. Gill
Brian S. Cromwell
North Carolina State Bar No. 23488
Deborah L. Edney
North Carolina State Bar No. 24220
**PARKER POE ADAMS & BERNSTEIN LLP**
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706
briancromwell@parkerpoe.com
debbieedney@parkerpoe.com

Michael J. Gill (admitted *pro hac vice*)
Brett E. Legner (admitted *pro hac vice*)
Mairead J. Mumford (admitted *pro hac vice*)
**MAYER BROWN, LLP**
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-7128
mgill@mayerbrown.com
blegner@mayerbrown.com
mmumford@mayerbrown.com
*Attorneys for Respondent Swyfft, LLC*

Mark A. Nebrig
Fielding E. Huseth
Abbey Bowe Hupp
**MOORE & VAN ALLEN, PLLC**
100 North Tryon Street Floor 47
Charlotte, North Carolina 28202-4003
Telephone: (704) 331-1000
marknebrig@mvalaw.com
fieldinghuseth@mvalaw.com
abbeyhupp@mvalaw.com

*Attorneys for Petitioners Clear Blue Insurance Company and Clear Blue Specialty Insurance Company*